**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6595**

———————

COREY LAMONDE JAMES,

        Plaintiff - Appellant,

    and

AARON LITTLE FRENCH,

        Plaintiff,

    v.

MARYLAND DIVISION OF CORRECTION; WARDEN BOBBY SHEARIN;
CHAPLAIN LAMP,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge.
(1:11-cv-03301-CCB; 1:11-cv-02142-CCB)

———————

Submitted: August 22, 2013      Decided: August 26, 2013

———————

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Corey Lamonde James, Appellant Pro Se. Rex Schultz Gordon,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Lamonde James appeals the district court's order granting Defendants summary judgment on his civil rights claims brought pursuant to 42 U.S.C. § 1983 (2006), and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc-5 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. James v. Maryland Div. of Corr., Nos. 1:11-cv-03301-CCB, 1:11-cv-02142-CCB (D. Md. Mar. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED